1
2
3
4
5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MANDI HAYDEN-DAVI,<br><br>  Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et. al,<br><br>  Defendants. | Case No.: 3:21-cv-459-L-BGS<br><br>**ORDER ON DEFENDANT'S MOTION TO TRANSFER VENUE (DOC. NO. 6) AND THE PARTIES' JOINT MOTION (DOC. NO. 8)** |
|---|---|

On March 22, 2021, Defendant filed a motion to transfer venue. (Doc. No. 6). Plaintiff's opposition is due April 26, 2021. *See* Civ. L. R. 7.1. On April 20, 2021, the parties filed a joint motion to dismiss the case without prejudice under Federal Rule of Civil Procedure 41. (Doc. No. 8). The Court therefore **DENIES** Defendant's motion without prejudice given the parties' joint motion.

The Court **GRANTS** the parties' joint motion. (Doc. No. 8). The case is dismissed without prejudice. *See* Fed. R. Civ. P. 41; Civ. L. R. 7.2.

**IS IT SO ORDERED.**

Dated: April 21, 2021

_____
Hon. M. James Lorenz
United States District Judge